# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMM NET, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>EMS, INC., a Nebraska corporation; MITCH JOHNSON, and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 8:12CV336<br><br><br>ORDER CONTINUING TRIAL DATE |

This case is before the court on the Defendants' Motion to Continue Trial (#61). The motion states that Mr. Johnson, president and CEO of EMS, Inc., is not available for the trial currently set for the week of April 22, 2014. Given the Court's trial calendar, the motion will be granted.

**IT IS ORDERED:**

1. The Defendants' Motion to Continue Trial (#61) is granted.

2. The jury trial before Chief Judge Smith Camp is continued to the week of **June 17, 2014, at 9:00 A.M.**, in Courtroom No. 2 of the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. The pretrial conference is continued to **Monday, May 19, 2014 at 10:30 A.M.,** in the chambers of the undersigned magistrate judge, Suite 2210 of the Roman L. Hruska United States Courthouse.

**DATED April 3, 2014.**

                **BY THE COURT:**

                s/ F.A. Gossett, III
                **United States Magistrate Judge**