IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMM NET, INC., a California Corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>EMS, INC., a Nebraska Corporation, MITCH JOHNSON, and DOES 1 THROUGH 25, inclusive,<br><br>       Defendants. | Case No. 8:12cv336<br><br>ORDER |

Upon notice of settlement given to the magistrate judge by Garth Glissman, co-counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **June 9, 2014,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The hearing on counsel Assanti's motion to withdraw (#68), set for May 9, 2014, and the pretrial conference set for May 19, 2014, are cancelled, upon the representation that this case is settled.

Dated: May 9, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge